**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of A.J.A.D. and K.K.D., Children

Appellate case number:    01-22-00521-CV

Trial court case number:  2013-04371J

Trial court:              315th District Court of Harris County

   The appellant has filed a Motion for Rehearing, which is hereby DENIED.

Justice's signature:  /s/ Gordon Goodman
        Acting for the Court

Panel consists of: Justices Goodman, Hightower, and Guerra.

Date:  January 26, 2023